```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 14 2000

MICHAEL N. MILBY CLERK

FRANCISCO JAVIER FLORES-ORDAZ,
TDC# 614797
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

United States District Court
for the Southern District
Houston Texas
Case No._____

C 00 017

FRANCISCO JAVIER FLORES-ORDAZ
PETITIONER pro se.
_____
ANGELICA CECILIA FLORES,
CO PETITIONER pro se (minor)
_____

Vs.

JANET RENO, U.S. ATTORNEY GENERAL,
U.S. IMMIGRATION SERVICE, et al
RESPONDENTS  et al..
_____
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, U.S. DEPT. OF JUSTICE
CO RESPONDENTS, et al..
_____

==============================================================

## HABEAS CORPUS WRIT
[ 28 U.S.C. § 2241/2254 ]

1. U.S. ImmigrationService Huntsville TX.

2. June 4th 1999.

3. Deported from United States for life.

4. Deported for Sexual Assault.

5. Plea was agreed to by State and Flores Guilty.

6. Trial by Judge only.

7. Flores testified at trial.

                          1.

8. Did not appeal from criminal judgment, but did appeal from U.S. Immigration decision.

9. a. Notified Immigration Court of Appeal, (see transcript on page 13 line 22-24)("Does he wish to appeal? Yes, Your Honor.")

   b. Judge denied appeal.

   c. June 4th, 1999 date denied.

10. Flores appealed to U.S. Executive review.

11. a. Appealed to U.S. Immigration Review Board on the August 17th, 1999.

   b. Immigration failed to respond to appeal.

   c. N/A

   d. Flores appealed to highest court for relief.

12. a. Evidence used to substantiate Flores deportation was obtained throught improper and unconstitutionally obtained by Immigration Trial Judge.(Trial Judge at Immigration hearing unconstitutionally participated in obtaining the evidence used against Flores in his deportation hearing,(see deportation hearing transcript at page 6 line 5-25, also page 7 line 1-5).

   b. Flores was Denied Due Process when the discriminatory denial of his request for reinstatement to legal alien status without proof consideration at time of deportation hearing denied Flores the opportunity to argue or present culpable evidence.

   c. Flores was denied right to appeal with due process clause when Immigration trial judge abused his discretion by refusing to allow evidence of abuse of discretion and discriminatory action by the Director of the U.S. Immigration Service Houston, TX.

   d. Violation of U.S. Family Unity Program. Flores is the natural father of the Co Petitioner in this matter, and to deport him would be in direct violation of said program.

   e. Flores is being denied his right to citizenship, as protected under the U.S. Constitution due to him being a sworn member of the United States Navy and having a General Discharge as support thereof..

   f. Flores was denied assistance of effective counsel Attorney allowed trial judge to abuse court standard for deportation.

     g.  Flores was sentenced in violation of the ex post facto U.S. Constitution Article I section (9), when he had signed no waiver, nor was there any way he could have known of the consequences of action prior to said law of deportation.

13.  All grounds raised in federal petition were either raised in Immigration appeal, or were not available as grounds for appeal.

14.  Flores has no other appeals in the Courts at this time.

15.  N/A.

16.  There are no other indictments.

17.  There is no future sentence to serve.


WHEREFORE, PETITIONER FLORES PRAYS THIS COURT WILL GRANT HIM ANY AND ALL RELIEF HE MAY BE ENTITLED TO IN THIS MATTER.


UNDER THE PENALTY OF PERJURY I DECLARE THE FOREGOING TO BE A TRUE AND CORRECT STATEMENT TO THE BEST OF MY KNOWLEDGE..


EXECUTED ON THIS THE 1ST DAY OF JAN. 2000.

*[signature: Francisco Javier Flores Ordaz]*
FRANCISCO JAVIER FLORES-ORDAZ PETITIONER
ANGELICA CECILIA FLORES (minor child)
pro se