# United States District Court

**Southern** DISTRICT OF **Texas**

Corpus Christi Division

United States District Court
Southern District of Texas
FILED
MAR 22 2000
MICHAEL N. MILBY CLERK

## SUMMONS IN A CIVIL CASE

Francisco Javier Flores-Ordaz, Petitioner

V.

Janet Reno, United States Attorney General, et al., Respondents

CASE NUMBER: CA-C-00-17 -3

**TO:** (Name and address of defendant)

Janet Reno
Attorney General of the United States
Constitution and Tenth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francisco Javier Flores-Ordaz
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

February 22, 2000
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ____
MAILED CERTIFIED MAIL ON: 2/23/00
CERTIFIED MAIL # 2149 739 021
RETURN RECEIPT DATED: 2/28/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/28/00
             Date

Signature of Server

Address of Server: 521 Starr, C.C., TX. 78401

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.