IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FRANCISCO JAVIER FLORES-ORDAZ  §  <br> Petitioner,  § <br>  § <br> V.  §    CIVIL ACTION NO. C-00-17 <br>  § <br> JANET RENO, UNITED STATES  § <br> ATTORNEY GENERAL, ET AL.  § <br> Respondents.  § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

On this day it was brought to the attention of the undersigned that United States Magistrate Judge Jane Cooper-Hill, on June 7, 2000, filed a Memorandum and Recommendation recommending that Respondents' Motion to Dismiss be granted and Petitioner's habeas petition be dismissed for want of subject matter jurisdiction, or in the alternative, that Respondents' Motion for Summary Judgment be granted and Petitioner's habeas petition be dismissed as meritless. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.

Accordingly, it is ORDERED that Respondents' Motion to Dismiss is granted and Petitioner's habeas petition is dismissed for want of subject matter jurisdiction. In the alternative, Respondents' Motion for Summary Judgment is granted and Petitioner's habeas petition dismissed as meritless.

The Clerk shall enter this order and provide a copy to all parties.

ENTERED on this the 11th day of ~~June~~ July, 2000.

                                                JANIS GRAHAM JACK
                                                UNITED STATES DISTRICT JUDGE