IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FRANCISCO JAVIER FLORES-ORDAZ §<br>    Petitioner, §<br> §<br>V. §<br> §<br>JANET RENO, UNITED STATES §<br>ATTORNEY GENERAL, ET AL. §<br>    Respondents. § | CIVIL ACTION NO. C-00-17 |

## FINAL JUDGMENT

In accordance with this Court's Order Adopting Memorandum and Recommendation on Respondents' Motion to Dismiss and Respondents' Motion for Summary Judgment, the Court hereby enters final judgment of dismissal of Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

ENTERED on this the 11th day of July, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE